PATRICIA WELLS, as Administratrix of the Estate of BARBARA LE BOST, Deceased, Appellant, v. CHRYSLER MOTORS CORPORATION et al., Defendants, and CAROL QUINN et al., as Administrators of the Estate of PATRICK QUINN, Deceased, Respondents.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GRACE, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.